| | |
|---|---|
| 1 | James P. Lemieux (Bar No. 167367) |
| 2 | **DEMLER, ARMSTRONG & ROWLAND, LLP**<br>4500 E. Pacific Coast Highway, Fourth Floor |
| 3 | Long Beach, California 90804-3298<br>Telephone: (562) 597-0029 |
| 4 | Fax: (562) 494-3958 |
| 5 | Attorneys for Plaintiff Compass Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPASS INSURANCE COMPANY, a New York corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY MECHANICAL & ENGINEERING CONTRACTORS, INC., a California corporation, formerly known as University Industries, Inc., and ROES 1 to 10,<br><br>Defendants. | NO.   3:14-CV-04295-JCS<br><br>Judge:   Hon. Joseph C. Spero<br>Courtroom: G<br><br>**REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE; DECLARATION OF JAMES P. LEMIEUX**<br><br>Date:   January 16, 2015<br>Time:   2:00 p.m.<br>Judge:   Hon. Joseph C. Spero<br>Courtroom: G<br><br>Complaint filed: September 24, 2014<br>Trial Date:   None |

IT IS HEREBY REQUESTED by plaintiff Compass Insurance Company for the court to allow its counsel to appear at the January 16, 2015 case management conference by telephone. An amended complaint was recently filed on December 22, 2014. The defendants have not been served and, therefore, have not appeared in this action.

James P. Lemieux is primary counsel for plaintiff in this action and his father who lived in Connecticut died on January 9, 2015. Mr. Lemieux is currently in Connecticut with his family and they are planning the funeral services which will be either Wednesday January 14, 2015 or Thursday, January 15, 2015. Mr. Lemieux anticipates returning to California on either Thursday

January 15, 2015 or Friday, January 16, 2015 and, therefore, he cannot be certain that he will arrive in San Francisco in time for the hearing. Plaintiff requests that Mr. Lemieux be able to appear via telephone at the case management conference, rather than send another attorney from his office who is unfamiliar with this case. (Declaration of James P. Lemieux, ¶2.)

Respectfully requested,

Dated: January 9, 2015

DEMLER, ARMSTRONG & ROWLAND, LLP

_____ FOR
JAMES P. LEMIEUX
Attorneys for Plaintiff Compass Insurance Company

It is hereby ordered that Mr. Lemieux shall be on phone standby beginng at 2:00 PM and await the Court's call.
Dated: 1/12/15

**IT IS SO ORDERED AS MODIFIED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA